IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                    CHAPTER 13
                                                          CASE NO. 09-13676
SHANE A. OVERVOLD,

    Debtor.


### DEBTOR'S WITHDRAWAL OF OBJECTION TO CLAIM 3

Comes now the Debtor, by and through counsel, and withdraws his Objection to Claim 3 and would show the Court that the claim has been amended. Therefore, the objection is moot.

    Respectfully submitted this February 2, 2010.

> /s/ Earl P. Underwood, Jr.
> Earl P. Underwood, Jr. (UNDEE6591)
> Attorney for Debtor
> Law Offices of Earl P. Underwood, Jr.
> 21 South Section Street
> Fairhope, Alabama 36532
> (251) 990-5558
> epunderwood@gmail.com


### CERTIFICATE OF SERVICE

I do hereby certify that I have served the above and foregoing, via electronic filing, this the 2nd day of February, 2010, upon the following:

John C. McAleer, III, Trustee

> /s/ Earl P. Underwood, Jr.
> Earl P. Underwood, Jr.